IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,

Plaintiff(s),

v.

HOLT RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for Entry of Protective Order (docket no. 17) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: November 19, 2007