IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,

    Plaintiff,

v.

HOLT, RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

## ORDER

---

The matter before the Court is Plaintiff's Motion For Leave To File Plaintiff's First Amended Complaint And To Extend The Time For Joinder Of Additional Parties And Claims (Doc. No. 19). The motion is unopposed by Defendants. Accordingly, it is

ORDERED that Plaintiff's Motion For Leave To File Plaintiff's First Amended Complaint . . . (Doc. No. 19) is granted and Plaintiffs' First Amended Complaint (Doc. No. 18) is accepted for filing by the Court. It is

FURTHER ORDERED that Plaintiff's Motion . . . To Extend The Time For Joinder Of Additional Parties And Claims is granted up to and including December 14, 2007.

DATED at Denver, Colorado, this   5   day of December, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court