IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,
CAROLINE MCKENZIE, and
JEANNIE PRICE,

    Plaintiffs,

v.

HOLT, RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: December __13__, 2007

    It is ORDERED that Defendants' Unopposed Motion For Permission To Forgo Responding To Plaintiffs' Amended Complaint And To Set A Date For Responding To Plaintiffs' Second Amended Complaint (Doc. No. 36) is granted up to and including January 5, 2008. It is

    FURTHER ORDERED that, in the future, titles to all motions and other papers shall not exceed ten words.