IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN and
CAROLINE MCKENZIE,

    Plaintiffs,

v.

HOLT, RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: December __13__, 2007


    It is ORDERED that Plaintiffs' Motion For Leave To File Plaintiff's [sic] Second Amended Complaint (Doc. No. 35) is granted. Plaintiff's Second Amended Complaint (Doc. No. 35-2) is hereby accepted for filing.