IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,

Plaintiff(s),

v.

HOLT RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Unopposed Motion to Amend Scheduling Order (docket no. 40) is GRANTED as follows:

1. That the deadline for designation of all experts and providing opposing counsel and pro se parties with information required by Fed. R. Civ. P. 26(a)(2) is extended to March 17, 2008;

2. That the deadline for designation of all rebuttal experts and providing opposing counsel and pro se parties with information required by Fed. R. Civ. P. 26(a)(2) is extended to April 15, 2008;

3. That the deadline for service of interrogatories, requests for production of documents and requests for admissions is extended to April 22, 2008;

4. That the deadline to complete all depositions is extended to May 28, 2008;

5. That the deadline to complete discovery is extended to May 28, 2008;

6. That the deadline to file dispositive motions is extended to July 1, 2008;

7. That the Final Pretrial Conference set on June 18, 2008 at 1:30 p.m. is VACATED and reset to September 16, 2008, at 8:30 a.m. The parties shall file their proposed Final Pretrial Order with the court five (5) days prior to the Final Pretrial Conference; and,

8. That the Rule 16 Scheduling Order is amended consistent with this minute order.

Date: December 19, 2007