IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN, et al.,

Plaintiff(s),

v.

HOLT RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Unopposed Motion to Vacate or Alternatively Adjourn Settlement Conference (docket no. 60) is GRANTED finding good cause shown. The Settlement Conference set on May 9, 2008, at 10:30 a.m. before Magistrate Judge Watanabe is VACATED.

Date: April 30, 2008