IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN, et al.,

Plaintiff(s),

v.

HOLT RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Motion for Leave to File Plaintiffs' Third Amended Complaint, filed with the Court on April 30, 2008, DN 63, is GRANTED. There being no objection to the motion by the defendants, the Plaintiffs' Third Amended Complaint is accepted for filing as of the date of this order.

Date: May 16, 2008