IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,
CAROLINE MCKENZIE, and
JEANNIE PRICE,

    Plaintiffs,

v.

HOLT, RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

## ORDER

---

    The matter before the Court is a Motion For Leave To File Plaintiffs' Third Amended Complaint (Doc. No. 63). Under Fed. R. Civ. P. 15(a), leave to amend shall be freely granted when justice so requires. Defendants do not object to Plaintiffs' motion. Accordingly, it is

    ORDERED that the Motion For Leave To File Plaintiffs' Third Amended Complaint (Doc. No. 63) is granted and the Third Amended Complaint (Doc. No. 69) is accepted as filed.

    DATED at Denver, Colorado, this __16th__ day of May, 2008.

                                    BY THE COURT:

                                    */s/ Zita L. Weinshienk*
                                    ZITA L. WEINSHIENK, Senior Judge
                                    United States District Court