IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN, CAROLINE MACKENZIE and JEANNIE PRICE

    Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

## ORDER ON
## DEFENDANTS' MOTION TO MODIFY SECTION 8(d)(2) OF
## THE SCHEDULING ORDER
( Docket No. 80 )

---

THIS MATTER came before the Court on **DEFENDANTS' MOTION TO MODIFY SECTION 8(d)(2) OF THE SCHEDULING ORDER**, and the Court, having reviewed the motion, and being fully advised of the premises, hereby orders that the motion is GRANTED. Section 8(d)(2) of the Scheduling Order is hereby modified to permit Defendants to use four expert witnesses, rather than three. (*)

DONE this 30th day of June 2008.

(*) Plaintiff may also endorse a fourth expert to rebut Defendants' fourth expert by July 8, 2008.

BY THE COURT:

_____
District Court Judge

{00239189.DOC}