IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,
CAROLINE MCKENZIE, and
JEANNIE PRICE,

    Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY., and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: July  16 , 2008

    It is ORDERED that "Plaintiffs' Motion For Relief Or, In The Alternative, To Certify An Interlocutory Appeal Of Order Regarding Plaintiffs' First Motion To Compel Discovery From Holt, Rinehart And Winston (Docket No. 75)" (Docket No. 78; June 4, 2008) is denied. It is

    FURTHER ORDERED, as the parties have previously been informed, that in the future titles to all motions and other papers shall <u>not exceed ten words</u>.