IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN, et al.,

Plaintiff(s),

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Joint Motion to Modify Trial Management Conference (docket no. 101) is GRANTED finding good cause shown. The Trial Management Conference set before Senior District Court Judge Zita L. Weinshienk set on October 2, 2008, is VACATED. The parties shall contact Judge Weinshienk's chambers at (303) 844-2784, within five (5) business days from the date of this Minute Order to reset the Trial Management Conference.

Date: July 25, 2008