IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN, CAROLINE MACKENZIE, AND JEANNIE PRICE

    Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R.R. DONNELLEY & SONS COMPANY

    Defendants.

---

## ORDER (Docket No 110)

THIS MATTER came before the Court on the **UNOPPOSED MOTION TO VACATE AND EXTEND UPCOMING DEADLINES**, and the Court, having reviewed the motion, and being fully advised of the premises, hereby orders that the motion is GRANTED. Therefore:

1. The Motions Hearing on Plaintiff's *Daubert* Motion to Exclude the Testimony of Jonathan D. Putnam and Defendants' Motion to Exclude the Testimony of Andrew Popinchalk currently set for August 14, 2008 is hereby VACATED. The parties are hereby directed to contact the Court to reset this hearing at a later date within 10 Days from the Date of This Order.

2. Plaintiff's and Defendants' responses to the pending summary judgment motions currently due no later than August 14, 2008, are hereby due no later than August 25, 2008, with replies then due on or before September 12, 2008; and

3. Defendants' Reply in Support of Motion to Exclude the Testimony of Andrew Popinchalk currently due on August 15, 2008, is hereby due no later than August 25, 2008.

DONE this 11th day of August 2008.

BY THE COURT:

*[signature]*
~~District Court Judge~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

{00241810.DOC}