IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,
CAROLINE MCKENZIE, and
JEANNIE PRICE,

    Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: August  27 , 2008

    It is ORDERED that Defendants' Unopposed Motion To Vacate And Reschedule Summary Judgment Hearing (Doc. No. 120; Aug. 26, 2008) is granted. It is

    FURTHER ORDERED that Defendants' Motion For Partial Summary Judgment (Doc. No. 92; July 8, 2008) and Plaintiffs' Motion For Partial Summary Judgment (Doc. No. 93; July 8, 2008), previously set for hearing on October 2, 2008, are re-set for hearing on Thursday, November 6, 2008, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294.