IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-01220-ZLW-MJW | FTR - Courtroom A-502 |
| **Date:** October 15, 2008 | Courtroom Deputy, Ellen E. Miller |
| NEAL BEIDLEMAN,<br>CAROLINE MCKENZIE, and<br>JEANNIE PRICE,<br><br>  Plaintiff(s),<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, and<br>HOUGHTON MIFFLIN HARCOURT PUBLISHING<br>COMPANY,<br>  Defendant(s). | Jeffrey A. Springer<br><br><br><br><br><br><br>Michael T. Mervis<br>Lawrence G. Katz |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTIONS HEARING
**Court in Session:** 1:34 p.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiffs' motion to exclude and Defendants' motion to exclude for argument.

Arguments for Plaintiff by Mr. Springer and for Defendant by Mr. Mervis.
Upon stipulation of the parties, a copy of the textbook *Holt Language and Literature Arts, Fourth Course* (2003) is tendered to the Court for the purpose of illustration of the photographs. The textbook will be returned to the Defendants following a ruling by the Court.

**It is ORDERED:**   Plaintiffs' *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF JONATHAN D. PUTNAM [Docket No. 87, Filed June 27, 2008] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:**   Defendants' MOTION TO EXCLUDE THE TESTIMONY OF ANDREW POPINCHALK [Docket No. 94, Filed July 08, 2008] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

Hearing concluded.    **Court in recess:**   2:25 p.m.        Total In-Court Time 00:51

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.