**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE ZITA L. WEINSHIENK**

Courtroom Deputy: LaDonne Bush  Date: November 6, 2008
Court Reporter: Janet Coppock

Civil Action No. 07-cv-01220-ZLW-MJW

| Parties | Counsel |
|---|---|
| NEIL BEIDLEMAN, CAROLINE MACKENZIE, and JEANNIE PRICE, | Christopher Seidman |
| Plaintiffs, | |
| v. | |
| HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and R. R. DONNELLEY & SONS COMPANY, | Lawrence G. Katz Michael T. Mervis |
| Defendants. | |

**COURTROOM MINUTES**

Hearing on Motions For Partial Summary Judgment

2:09 p.m.     Court in session.

Court's preliminary comments.

2:15 p.m.     Argument by Mr. Mervis.

Reference to Joint Exhibit A - textbook.

2:27 p.m.     Argument by Mr. Seidman.

3:05 p.m.     Rebuttal argument by Mr. Mervis.

3:17 p.m      Further argument by Mr. Seidman

3:19 p.m.     Further argument by Mr. Mervis.

3:20 p.m.     Further argument by Mr. Seidman.

3:27 p.m.     Further argument by Mr. Mervis.

Court's ruling.

**ORDERED**: Defendants' Motion For Partial Summary Judgment (Doc. 92) is granted as to the Fifth and Sixth Claims for Relief. The Fifth and Sixth Claims for Relief are dismissed with prejudice.

**ORDERED**: Plaintiffs' Motion For Partial Summary Judgment (Doc. 93) is denied.

**ORDERED**: The case will proceed on the First, Second, Third, Fourth and Seventh Claims for Relief.

3:35 p.m.     Court in recess.

Hearing concluded.

Time: 01:26

Clerk's Note: Joint Exhibit A was returned to Defendants' counsel.