IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,
CAROLINE MCKENZIE, and
JEANNIE PRICE,

    Plaintiffs,

v.

HOLT, RINEHART AND WINSTON, a division of HARCOURT, INC., and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

## ORDER

This matter was before the Court on November 6, 2008, for oral argument on Plaintiffs' Motion For Partial Summary Judgment (Doc. No. 93) and Defendants' Motion For Partial Summary Judgment (Doc. No. 92). The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that Defendants' Motion For Partial Summary Judgment (Doc. No. 92; July 8, 2008) is granted in part. It is

FURTHER ORDERED that Plaintiff's Claims Five and Six are dismissed with prejudice. It is

FURTHER ORDERED that the remainder of Defendant's Motion For Partial Summary Judgment is denied. It is

FURTHER ORDERED that Plaintiffs' Motion For Partial Summary Judgment (Doc. No. 93; July 8, 2008) is denied.

DATED at Denver, Colorado, this   13th   day of    November   , 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court