IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,
CAROLINE MACKENZIE, and
JEANNIE PRICE,

    Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

# ORDER

The matter before the Court is Plaintiffs' Motion To Reconsider Order Denying Actual Damages (Doc. No. 158). Defendants do not oppose Plaintiffs' Motion.[1]

Plaintiffs object to this Court's statement in the January 7, 2009 Order that "[t]he Court agrees with the Magistrate Judge that Plaintiffs and Defendants are not competitors and, therefore, *an award of actual damage in this case is not available under the Copyright Act.*"[2] The Court agrees that the language used in that order was incorrect. The Court was not attempting to decide issues not addressed in the pending motions; the intent was only to affirm the Magistrate Judge's order. Accordingly, it is

---

[1] Defs.' Resp. To Pls.' Mot. For Recons. (Doc. No. 159; Jan. 20, 2009).

[2] Order (Doc. No. 157; Jan. 7, 2009) (emphasis added).

ORDERED that Plaintiffs' Motion To Reconsider Order Denying Actual Damages (Doc. No. 158; Jan. 12, 2009) is granted.  It is

FURTHER ORDERED that the phrase "an award of actual damage in this case is not available under the Copyright Act" is stricken from the Court's January 7, 2009 Order (Doc. No. 157).

DATED at Denver, Colorado, this   5th   day of     February    , 2009.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK,  Senior Judge
United States District Court