IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01220-ZLW-MJW

NEAL BEIDLEMAN, CAROLINE MACKENZIE AND JEANNIE PRICE

   Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R. R. DONNELLEY & SONS COMPANY

   Defendants.

---

ORDER ( Docket No 172 )

---

The Court has considered the Parties' Revised Joint Motion To Amend Pretrial Order, and finds that it should be granted. Accordingly, it is hereby ORDERED that:

The Final Pretrial Order (Doc. No. 151) filed December 11, 2008 is amended to allow (1) Plaintiffs to seek the following additional forms of relief for each of their copyriright infringement claims: injunctive relief, impoundment and destruction of infringing materials, court costs, expert witness fees, prejudgment and postjudgment interest, and all other amounts, including attorney's fees, if authorized under law; and (2) Defendants to deny that plaintiffs are entitled to such relief.

DATED this 21st day of April, 2009.

BY THE COURT

/s/ Michael J. Watanabe
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO