IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01220-ZLW-MJW

NEAL BEIDLEMAN, CAROLINE MACKENZIE AND JEANNIE PRICE

   Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R. R. DONNELLEY & SONS COMPANY

   Defendants.

---

**ORDER**

---

The Court has considered the Parties' Joint Motion Re: Motions *In Limine*, and finds that it should be granted. Accordingly, it is hereby ORDERED that:

The Trial Setting Order (Doc. No. 169) filed April 3, 2009 is amended as follows:

All pretrial motions *in limine* shall be filed by September 16, 2009 and responses filed not later than September 30, 2009.

DATED this 22 day of April, 2009.

BY THE COURT

ZITA L. WEINSHIENK, Senior Judge
United States District Court