IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN,
CAROLINE MCKENZIE, and
JEANNIE PRICE,

      Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

      Defendants.

---

ORDER

---

      In consideration of the parties' Joint Status Report (Doc. 179; Sep. 22, 2009) and the minute order issued (Doc. 180; Sep. 24, 2009),  It is

      ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a), the parties to pay their own costs and attorney's fees.  It is

      FURTHER ORDERED that the trial previously set in this case for November 2, 2009, is vacated.

      DATED at Denver, Colorado, this 4th day of November, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court