IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01220-ZLW-MJW

NEAL BEIDLEMAN, CAROLINE MCKENZIE and JEANNIE PRICE

     Plaintiffs,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R.R. DONNELLEY & SONS COMPANY,
     Defendants.

---

### PROPOSED ORDER AMENDING RULE 41(a) DISMISSAL

---

In consideration of the Parties' Joint Status Report (Dkt. No. 179), the minute order

issued (Dkt. No. 180), and the order dismissing this case (Dkt. No. 182), it is

ORDERED that the order dismissing this case (Dkt. No. 182) is amended and that this

case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED:  November 23, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

{00259008.DOC}